UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT ELLIS | CIVIL ACTION NO. 23-cv-477 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| USA | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 18] previously filed herein, having thoroughly reviewed the record, including the written Objection [Doc. No. 19] filed by Plaintiff Robert Ellis ("Ellis"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** Defendant's Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) [Doc. No. 15] is **GRANTED,** and Ellis's action is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 12th day of July 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE